# Court of Appeals
# of the State of Georgia

ATLANTA, January 24, 2024

*The Court of Appeals hereby passes the following order:*

## A24A0848. MARYANN J. JOHNSON v. DESMOND D. JOHNSON.

Maryanne J. Johnson filed this direct appeal from the trial court's final judgment and decree of divorce. However, appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2). And "[c]ompliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Thus, the appellant's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/24/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*